TO:     All Court of Appeals Judges, Professor Bacigal, Professor Stern, Professor Gershowitz and
        Alice Armstrong

FROM:  Marty Ring

DATE:  August 6, 2024


        The following cases in which the Court of Appeals issued published opinions have been
appealed to the Supreme Court:

1.  *City of Emporia*
    *v. County of Greensville*
    Record No. 0792-23-2
    Opinion rendered by Judge AtLee on
    June 11, 2024

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Michael Brown*
   *v. Timothy L. Kirpatrick*
   Record No. 1100-22-1
   En banc opinion rendered by Judge Huff
     on December 19, 2023
    Refused (240057)

2. *Markees Gross, s/k/a, etc.*
    *v. Commonwealth of Virginia*
   Record No. 1043-22-2
   Opinion rendered by Judge Beales
     on January 23, 2024
    Refused (240148)

3. *Lawrence W. Nalls, III*
    *v. Commonwealth of Virginia*
   Record No. 1536-22-1
   Opinion rendered by Judge Athey
     on February 6, 2024
    Refused (240170)

4. *Rhoda Faye Welch*
    *v. Commonwealth of Virginia*
   Record No. 1985-22-3
   Opinion rendered by Judge Friedman
     on February 6, 2024
    Refused (240192)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. *H. Cliff Page, Jr.*
   *v. Portsmouth Redevelopment and Housing Authority*
   Record No. 0175-22-1
   Memorandum opinion rendered by Judge Causey on June 20, 2023
   Judgment of Court of Appeals reversed and remanded by
     opinion rendered on July 3, 2024
     (230521)

2. *Joshua Adam Eckard*
   *v. Commonwealth of Virginia*
   Record No. 0218-22-3
   Memorandum opinion rendered by Judge Beales on March 14, 2023
   Judgment of Court of Appeals affirmed by
     opinion rendered on August 1, 2024
     (230333)